# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Cynthia Lyn Moore | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:22-cv-159 |
| Commissioner of Social Security | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge Thomas S. Kleeh

This action is REMANDED in accordance with Defendant's Motion. The remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Date: June 29, 2023

*CLERK OF COURT*
Cheryl Dean Riley
S. Cole

*Signature of Clerk or Deputy Clerk*